

# NUMBER 13-22-00517-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A.C.T.M., A CHILD

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

This appeal arises from the trial court's termination of mother M.T.M.'s parental rights over A.C.T.M., a minor child.[1] The court reporter has previously requested and received one extension of time to file the reporter's record causing the reporter's record to be due on November 28, 2022. On November 28, 2022, the court reporter filed her second request for extension of time to file the reporter's record in this cause. Citing the

---

[1] We refer to appellant and the child by their initials in accordance with the rules of appellate procedure. *See* TEX. R. APP. P. 9.8(b)(2).

need for additional time to complete the reporter's record, the court reporter has requested an extension of time to file the reporter's record on December 9, 2022.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). Because these appeals involve fundamental rights that necessitate expedited consideration, this Court requires strict adherence to the deadlines provided by the appellate rules and looks with disfavor upon the delays caused by requests for extensions of time.

The Court, having fully examined the court reporter's second request for an extension of time to file the record, is of the opinion that, in the interest of justice, it should be granted by this order. Accordingly, the Court grants the court reporter's second request for an extension of time to file the record. The Court orders the court reporter, Akilah Welborn, to file the reporter's record in this Court no later than December 9, 2022. No further requests for extension of time will be entertained by the Court absent exigent circumstances. The failure of the court reporter to file the record by the date set forth in this order shall result in the referral of this matter to the Court and may result in the issuance of an order to show cause.

PER CURIAM

Delivered and filed on the
1st day of December, 2022.

2